**Eugene P. DICKSON, Plaintiff–Appellant,**

v.

**John M. McHUGH, Secretary of the United States Army, Defendant–Appellee.**

No. 14–1289.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 19, 2015.

Filed: Feb. 4, 2015.

Eugene Hunt, Hunt & Harris Law Firm, Pine Bluff, AR, Robert Steven Tschiemer, Robert S. Tschiemer, P.A., Mayflower, AR, for Plaintiff–Appellant.

of Iowa.

658

Richard M. Pence, Jr., U.S. Attorney's Office, Little Rock, AR, for Defendant–Appellee.

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Eugene Dickson appeals the district court's[1] adverse grant of summary judgment in his action asserting age and race discrimination. Upon careful de novo review, we conclude that the district court's decision was correct. *See Torgerson v. City of Rochester,* 643 F.3d 1031, 1042 (8th Cir.2011) (en banc) (standard of review); *see also Edmund v. MidAmerican Energy Co.,* 299 F.3d 679, 686 (8th Cir.2002) (federal courts do not sit as super personnel department reviewing wisdom or fairness of business judgments made by employers, except to extent those judgments involve intentional discrimination).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

[1]. The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.